UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RAYMOND WILLIAMS, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | No. 4:19-CV-2394 RWS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on a verified motion for admission pro hac vice filed by Mr. Robert Sirianni, Jr., an attorney for movant Raymond Williams. Mr. Robert Sirianni, Jr., practices in the state of Florida, and his motion contains the information required by Local Rule 12.

Accordingly,

**IT IS HEREBY ORDERED** that the verified motion for admission pro hac vice [Doc. #2] is **GRANTED**.

Dated this 26th day of August, 2019.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE